USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

EAGLES NEST OUTFITTERS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-6113

**MEMORANDUM ENDORSED**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, EAGLES NEST OUTFITTERS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       October 25, 2024

**GOTTLIEB & ASSOCIATES PLLC**

_/s/Michael A. LaBollita, Esq._

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge